ARPAD PLESCH et al. v. BANQUE NATIONALE DE LA REPUBLIQUE D'HAITI.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante,* p. 224.]

TROJAN PUBLISHING CORPORATION, Appellant, v. MANUFACTURERS TRUST COMPANY, Defendant, and COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK et al., Respondents. (Action No. 1.) ARROW PUBLICATIONS, INC., Appellant, v. MANUFACTURERS TRUST COMPANY, Defendant, and COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK et al., Respondents. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See *ante,* p. 843.]

In the Matter of BERKE BROTHERS DISTILLERIES, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Motion for modification and resettlement in all respects denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See *ante,* p. 844.]

MAX REIBEISEN v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante,* p. 809.]

LAWRENCE POMEROY v. ROBERT WESTAWAY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante,* p. 760.]

ADA SAMUELS, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Motion for a stay granted pending the granting, or final refusal, by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See *ante,* p. 844.]

In the Matter of SAMUEL ROSE.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

### (March 3, 1948.)

WILLIAM A. SCHENCK v. JOSEPH MEYER, JR., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Motion for other relief granted as stated in order. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 270 App. Div. 1002.]